# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

DAVID GRANADO, INDIVIDUAL )
          )
AND AS NEXT FRIEND OF S. G., )
A MINOR CHILD,     )
          )
 *Plaintiff*,       )
          )
v.          )   No.  3:25-CV-00504-LS
          )
EL PASO INDEPENDANT SCHOOL )
DISTRICT, ANDRESS HIGH SCHOOL, )
EUGENE COSTELLO, COACH,  )
EBBERNOEL RUVALCAVA, AND )
DOES 1 THROUGH 5, INCLUSIVE, )
 *Defendants*    )

MOTION TO SHOW CAUSE ON NON-SERVICE OF EBBERNOEL RUVALCAVA

Plaintiff hereby offers the following in support to show cause under Fed. Rule Civ. Pro. 4(m) why defendant Ruvalcava was not served and a request for extension of time is hereby made to complete such service.

Service was attempted November 18, 2025 at Andress High School but defendant no longer worked there.  The skip trace did not reveal a current address such that further investigation is required.  Please see the attached Affidavit of Non-Service as to the high school. The skip trace investigation results ("Comprehensive Report" of 59 pages containing many items of PII) is available upon request.

Wherefore, premises considered, Plaintiff requests an additional 90 days to serve defendant Ruvalcava.

1

Respectfully submitted,

*/s/ Renee Walker*

Renee Walker
**LLG National Law Group**
3003 North Central Ave. Ste. 685
Phoenix, Arizona 85012
*Attorney for Plaintiff*
ECF filing privileges pending

Robert S. Mactavish, Esquire
**LLG NATIONAL LAW GROUP**
Florida Bar Number 0596388
Phoenix Corporate Tower
3003 N. Central Avenue
Suite 685
Phoenix, AZ 85012
P: 575-517-6542
robert.mactavish@llgnational.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

On July 23, 2026, the undersigned certifies that the foregoing Motion to Show Cause on Non Service of Ebbernoel Ruvalcava  was sent electronically to the following attorney of record:

Monica L. Perez
Mounce, Green, Myers, Safi, Paxson & Galatzan
P.O. Box 1977
El Paso, TX 79999
915-541-1597
perez@mgmsg.com
Lead Attorney for Defendants El Paso ISD, Andress High School, Eugene Costello

Robert S. Mactavish, Esquire

2