IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DAVID GRANADO, Individually and as Next Friend of Seth Granado, a Minor, | ) | |
| Plaintiffs, | ) | |
| v. | ) | 3:25-CV-00504-LS |
| EL PASO INDEPENDENT SCHOOL DISTRICT, COACH EUGENE COSTELLO, COACH EBBERNOEL RUVALCAVA, ANDRESS HIGH SCHOOL, and JOHN DOES 1-5, | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANTS EL PASO INDEPENDENT SCHOOL DISTRICT AND COACH EUGENE COSTELLO'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

CAME ON TO BE CONSIDERED Defendants El Paso Independent School District ("EPISD") and Coach Eugene Costello ("Costello) (collectively, "Defendants") Motion to Dismiss Plaintiffs' Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the Response and Reply, and the pleadings herein, and the Court finds that the Motion should be GRANTED.

IT IS HEREBY ORDERED that Plaintiffs' claims against El Paso Independent School District are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiffs' claims against Defendant Coach Eugene Costello are DISMISSED WITH PREJUDICE.

SO ORDERED.

SIGNED this _____ day of ___________, 2026.

______________________________________
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**